**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| MARK GALLAGHER, | : | No. 85 EAL 2022 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| ABSTRACT OVERHEAD DOOR CORP. | : | |
| (WORKERS' COMPENSATION APPEAL | : | |
| BOARD), | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 6th day of December, 2022, the Petition for Allowance of Appeal is **DENIED**.